AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP - 1 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CARLOS SANTANA MORRIS | ) Case No: 4:08cr00040-001 |
| | ) USM No: 43248-039 |
| Date of Previous Judgment: 10/04/2011 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __197__ months **is reduced to** __183 months*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | 22 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 77 to 96 months | Amended Guideline Range: | 63 to 78 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

*Defendant is sentenced to 183 months, but not less than time served. Defendant is sentenced to 63 months on Counts 2, 3, 4, 5, and 7, all to be served concurrently, and 120 months on Count 6, to be served consecutively to the terms imposed on Counts 2, 3, 4, 5, and 7.

Except as provided above, all provisions of the judgment dated __10/04/2011__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9/1/2015

Effective Date: 11/01/2015
(if different from order date)

/s/ Jackson J. Kiser
Judge's signature

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title