CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 2 9 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:08-CR-00040-1 |
| v. | MEMORANDUM OPINION |
| CARLOS SANTANA MORRIS, Petitioner. | By: Hon. Jackson L. Kiser Senior United States District Judge |

Carlos Santana Morris, a federal inmate proceeding pro se, filed a letter that I construe as a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 in light of Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (2015). Court records indicate that the court already dismissed (Dkt. No. 141) a prior § 2255 motion (Dkt. No. 126). Thus, the § 2255 motion is a second or subsequent motion under 28 U.S.C. § 2255(h). Cf. United States v. Hairston, 754 F.3d 258, 262 (4th Cir. 2014).

The court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that a claim in the motion meets certain criteria. See 28 U.S.C. § 2255(h). As Petitioner has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, the court dismisses the § 2255 motion without prejudice as successive. Based upon the court's finding that Petitioner has not made the requisite substantial showing of denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is denied.[1]

ENTER: This 29 day of September, 2016.

Senior United States District Judge

---

[1] Petitioner is hereby advised of the procedure for obtaining certification to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge-panel certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244(b). A Fourth Circuit form and instructions for filing this motion are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth