AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT - 8 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:08cr00040-001 |
| CARLOS SANTANA MORRIS ) | USM No: 43248-039 |
| Date of Previous Judgment: 09/01/2015 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __183 months__ months **is reduced to** __128 months*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __22__     Amended Offense Level: __22__
Criminal History Category: __IV__     Criminal History Category: __IV__
Previous Guideline Range: __63__ to __78__ months    Amended Guideline Range: __63__ to __78__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
  Considering the factors of 18 USC 3553(a), the arguments of counsel, and all other relevant equitable factors, the court determines that a sentence of time served is appropriate in this case. Further incarceration of this defendant will not offer further benefit to the defendant or society at large.

### III. ADDITIONAL COMMENTS
* Defendant is sentenced to 128 months or time served, whichever is greater. Defendant is sentenced to 8 months on Counts 2, 3, 4, 5, and 7, all to be served concurrently, and 120 months on Count 6, to be served consecutively to the terms imposed on Counts 2, 3, 4, 5, and 7.

Except as provided above, all provisions of the judgment dated __09/01/2015__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __10/08/2019__

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title